UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>QIFANG CHEN,<br><br>Defendant. | NO. CR20-0172-JCC<br><br>[~~PROPOSED~~]<br><br>**FINAL ORDER OF FORFEITURE OF $5,143 IN CURRENCY AND 2018 MASERATI LEVANTE** |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture as to two of the four assets that have been forfeited by Defendant Qifang Chen (the "Motion"), specifically:

    a.    $5,143 in U.S. currency seized from her residence on October 21, 2020; and

    b.    The 2018 Maserati Levante, VIN no. ZN661XUAXJX275952, seized at her residence on October 21, 2020.

This Order does not address the remaining two real properties forfeited by Defendant Chen and identified in the Preliminary Order of Forfeiture, Dkt. No. 97, because ancillary forfeiture proceedings to resolve third-party claims to those real properties are ongoing. *See* Dkt. No. 118.

Final Order of Forfeiture of $5,143 in Currency and 2018 Maserati - 1
*United States v. Qifang Chen,* CR20-172-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture of the two assets identified above is appropriate because:

- On March 25, 2022, the Court entered a Preliminary Order of Forfeiture as to Defendant Qifang Chen, finding the above-identified $5,143 in currency and 2018 Maserati, among two additional real properties, identified in Defendant Chen's Plea Agreement, forfeitable pursuant to 18 U.S.C. § 982(a)(1), and forfeiting Defendant Chen's interest in them (Dkt. No. 97);

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 116) and provided direct notice to potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Karyn S. Johnson in Support of Motion for Final Order of Forfeiture, ¶¶ 3 – 4, Exhibits A - L); and

- The time for filing third-party claims has expired, and no claims were filed to the $5,143 in U.S. currency or to the 2018 Maserati Levante.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified two assets (*i.e.*, the $5,143 in U.S. currency, and the 2018 Maserati Levante) exists in any party other than the United States;

2. The $5,143 in U.S. currency and the 2018 Maserati Levante are fully and finally condemned and forfeited, in their entirety, to the United States; and,

3. The United States Department of Justice, the United States Postal Inspection Service, and/or their representatives, are authorized to dispose of the $5,143 in U.S. currency and the 2018 Maserati Levante as permitted by governing law.

Final Order of Forfeiture of $5,143 in Currency and 2018 Maserati - 2
*United States v. Qifang Chen,* CR20-172-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. The Court will retain jurisdiction for the purpose of enforcing or amending this Final Order of Forfeiture as necessary under Federal Rule of Criminal Procedure 32.2(e).

5. The Court will retain jurisdiction for the purpose of enforcing the Preliminary Order, adjudicating any third-party petitions, entering a Final Order of Forfeiture, and amending the Preliminary Order or Final Order concerning the remaining two real properties currently in ancillary forfeiture proceedings, as necessary under Federal Rule of Criminal Procedure 32.2(c) and (e).

IT IS SO ORDERED.

DATED this 24th day of October 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov

Final Order of Forfeiture of $5,143 in Currency and 2018 Maserati - 3
*United States v. Qifang Chen,* CR20-172-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970