The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>QIFANG CHEN,<br><br>　　　　　Defendant. | No. CR20-0172-JCC-2<br><br>ORDER GRANTING MOTION TO TERMINATE PROBATION |

This matter comes before the Court upon Defendant's motion for an order granting early termination of her probation pursuant to 18 U.S.C. § 3564(c) (**Dkt. No. 148**).  The Court, having reviewed the motion, and having considered the balance of the record, FINDS that early termination of Ms. Chen's appropriate is appropriate based on Ms. Chen's conduct and is in the interests of justice.  The Court therefore GRANTS the motion.  The Court ORDERS that Ms. Chen's term of probation is terminated, effective immediately.

　　　　DONE this 12th day of August 2024.

*/s/ John C. Coughenour*

_____
The Honorable John C. Coughenour
United States District Court Judge

ORDER GRANTING MOTION TO TERMINATE
PROBATION (*Qifang Chen*; No. CR20-0172 JCC) - 1

Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

Presented by:

BLACK & ASKEROV, PLLC

_____
Christopher Black
Attorney for Qifang Chen

ORDER GRANTING MOTION TO TERMINATE
PROBATION (*Qifang Chen*; No. CR20-0172 JCC) - 2

Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401